Kenly Kiya Kato, Esq. (189845)
468 N. Camden Drive, Suite 200
Beverly Hills, CA 90210
Telephone: (310) 860-5665
Facsimile: (310) 860-5600
Email: kkato@katolaw.net

Attorney for Plaintiff
VICTORIA ROSALES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA ROSALES, individually and as administratrix of the goods, chattels and credits that were of Gabriel Angel Garcia, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BAKERSFIELD; BAKERSFIELD POLICE DEPARTMENT, CHIEF OF POLICE ERIC MATLOCK; GREG TERRY; STEPHEN KAUFFMAN; RYAN NEWMAN; SHERMAN ROOKS; ERIC SCHIMON; DOES 1 THROUGH 100 INCLUSIVE; in their individual and official capacities jointly and severally,<br><br>Defendants. | Case No. CV 05-237-REC-TAG<br><br>**STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE;** ▬▬▬▬▬▬<br>**ORDER** |

Plaintiff, Victoria Rosales, by and through her attorney of record, Kenly Kiya Kato, and Defendants City of Bakersfield, Bakersfield Police Department, Chief of Police Eric Matlock, Greg Terry, Stephen Kauffman, Ryan Newman, Sherman Rooks, and Eric Schimon, by and through their attorney of record, Jacob J. Rivas, hereby agree and stipulate that the initial scheduling conference presently set for

1 | April 21, 2005 be continued until June 30, 2005 at 9:00 a.m. in order to allow
2 | Defendants to make their appearance in this matter prior to the conference.
3 | Defendants have agreed to waive service of summons pursuant to Federal Rule of
4 | Civil Procedure 4 and will have 60 days from April 1, 2005 to respond to the
5 | Complaint filed in this action.

7 | Dated: April __, 2005     LAW OFFICE OF KENLY KIYA KATO

10 | By: _____
11 | Kenly Kiya Kato
    | Attorney for Plaintiff
    | Victoria Rosales

14 | Dated: April 14, 2005    LAW OFFICES OF MARDEROSIAN,
                              RUNYON, CERCONE, LEHMAN & ARMO

17 | By: _____
18 | Jacob J. Rivas
    | Attorney for Defendants
19 | City of Bakersfield, Bakersfield Police
    | Department, Chief of Police Eric
20 | Matlock, Greg Terry, Stephen Kauffman,
    | Ryan Newman, Sherman Rooks and Eric
21 | Schimon

## [PROPOSED] ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the initial scheduling conference presently set for April 21, 2005 shall be continued until June 30, 2005 at 9:00 a.m.

Dated: April 18, 2005

HON. THERESA A. GOLDNER
United States Magistrate Judge