1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9   VICTORIA ROSALES, individually and          )  CASE NO.  1:05cv0237 REC TAG
    as administratrix of the goods, chattels    )
10  and credits that were of Gabriel Angel      )  ORDER ADOPTING STIPULATION TO
    Garcia, deceased,                           )  DISMISS DOE DEFENDANTS
11                                              )
                     Plaintiff,                 )
12                                              )
             v.                                 )
13                                              )
    CITY OF BAKERSFIELD;                        )
14  BAKERSFIELD POLICE                          )
    DEPARTMENT, CHIEF OF POLICE                 )
15  ERIC MATLOCK; GREG TERRY;                   )
    STEPHEN KAUFFMAN; RYAN                      )
16  NEWMAN; SHERMAN ROOKS; ERIC                 )
    SCHIMON; DOES 1 THROUGH 100                 )
17  INCLUSIVE; in their individual and          )
    official capacities jointly and severally,  )
18                                              )
                     Defendants.                )
19  _____  )

20

21       On July 14, 2005, Plaintiff, Victoria Rosales, by and through her attorney of record, Kenly

22  Kiya Kato, and Defendants City of Bakersfield, Bakersfield Police Department, Chief of Police Eric

    Matlock, Greg Terry, Stephen Kauffman, Ryan Newman, Sherman Rooks, and Eric Schimon, by and
23
    through their attorney of record, Jacob J. Rivas, agreed and stipulated to dismiss all Doe Defendants
24
    named in the complaint.  (Court Doc. 18).
25
         GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that all Doe
26
    Defendants named in the Complaint shall be dismissed.
27
    ///
28

                                                1

1  IT IS SO ORDERED.

2  **Dated:  July 15, 2005**                                    **/s/  Robert E. Coyle**
   668554                                                 UNITED STATES DISTRICT JUDGE

2