Michael G. Marderosian, No. 77296
Jacob J. Rivas, No. 208504
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, California 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Attorneys for Defendants CITY OF BAKERSFIELD; BAKERSFIELD POLICE DEPARTMENT, CHIEF OF POLICE ERIC MATLOCK; GREG TERRY; STEPHEN KAUFFMAN; RYAN NEWMAN; SHERMAN ROOKS; ERIC SCHIMON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA ROSALES, individually and as administratrix of the goods, chattels and credits that were of Gabriel Angel Garcia, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BAKERSFIELD; BAKERSFIELD POLICE DEPARTMENT, CHIEF OF POLICE ERIC MATLOCK; GREG TERRY; STEPHEN KAUFFMAN; RYAN NEWMAN; SHERMAN ROOKS; ERIC SCHIMON; in their individual and official capacities jointly and severally,<br><br>Defendants. | Case No. CV 05-237-REC-TAG<br><br>STIPULATION AND [REDACTED] ORDER RELIEVING PARTIES OF DISCOVERY LIMITATIONS IN FRCP 30(a)(2)(A) |

Plaintiff, Victoria Rosales, by and through her attorney of record, Kenly Kiya Kato, and Defendants City of Bakersfield, Bakersfield Police Department, Chief of Police Eric Matlock, Greg Terry, Stephen Kauffman, Ryan Newman, Sherman Rooks, and Eric Schimon, by and through their attorney of record, Jacob J. Rivas, hereby agree and stipulate as follows:

1. This case arises out of an alleged violation of constitutional rights of decedent Gabriel Angel Garcia by each and every defendant.

2. Plaintiff has identified twenty (20) witnesses in her FRCP 26 Initial Disclosure.

3. Similarly, defendants have identified forty (40) witnesses in their FRCP 26 Initial Disclosure.

4. The vast majority of witnesses identified by the parties herein in their respective FRCP Initial Disclosures have knowledge of the facts giving rise to the alleged incident.

5. In order to conduct thorough and exhaustive discovery, the depositions of the witnesses identified in the parties' respective FRCP 26 Initial Disclosures will be required.

6. The parties further anticipate designating experts in various areas, including, but not limited to, police practices and procedures. Depositions of experts will be required, as well.

Dated: August __, 2005          MARDEROSIAN, RUNYON, CERCONE,
                                LEHMAN & ARMO


                                By: _____
                                    Jacob J. Rivas
                                    Attorneys for defendants above-named

Dated: August __, 2005          LAW OFFICE OF KENLY KIYA KATO



                                By: _____
                                    Kenly Kiya Kato
                                    Attorney for Plaintiff
                                    Victoria Rosales

2

██████ **ORDER**

A particularized showing as to the necessity of taking additional depositions beyond the discovery limitation of ten (10) imposed by the applicable Scheduling Order herein and FRCP 30(a)(2)(A), having been made and good cause appearing therefor, it is ordered that both plaintiff and defendants be relieved of the discovery limitations on the number of depositions set forth in FRCP 26(b)(2) and FRCP 30(a)(2)(A) and shall be permitted to take additional depositions beyond ten (10).

IT IS SO ORDERED.

DATED: August 12, 2005    *Theresa A. Goldner*
                          UNITED STATES ████ Magistrate
                          JUDGE

3