1  Kenly Kiya Kato, Esq. (189845)
   468 N. Camden Drive, Suite 200
2  Beverly Hills, CA 90210
   Telephone: (310) 860-5665
3  Facsimile: (310) 860-5600
   Email: kkato@katolaw.net
4
   George L. Steele (189399)
5  Law Offices of George L. Steele
   790 E. Colorado Boulevard, Suite 900
6  Pasadena, CA 91101
   Telephone: (626) 240-0628
7  Facsimile: (626) 240-0629
   Email: gsteele@glslaw.net
8
   Attorney for Plaintiff
9  VICTORIA ROSALES

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12  VICTORIA ROSALES, individually and   )   Case No. 1:05-cv-237 REC TAG
    as administratrix of the goods, chattels and )
13  credits that were of Gabriel Angel Garcia, )  ORDER GRANTING
    deceased,                             )   PLAINTIFF'S EX PARTE Application
14                                        )   To CONTINUE DEPOSITIONS
           Plaintiff,                     )   UNTIL HEARING ON
15                                        )   PLAINTIFF'S MOTION TO
       vs.                                )   COMPEL DISCOVERY
16                                        )
    CITY OF BAKERSFIELD;                  )
17  BAKERSFIELD POLICE                    )
    DEPARTMENT, CHIEF OF POLICE           )
18  ERIC MATLOCK; GREG TERRY;             )
    STEPHEN KAUFFMAN; RYAN                )
19  NEWMAN; SHERMAN ROOKS; ERIC           )
    SCHIMON in their individual and official )
20  capacities jointly and severally,     )
                                          )
21         Defendants.                    )
                                          )
22  _____)

23

24      This matter having been heard on October 13, 2005, and the Court having

25  considered the papers and arguments submitted by both parties,

26      IT IS HEREBY ORDERED that Plaintiff's Ex Parte Application to Continue

27  Depositions is GRANTED.

28  //

1  IT IS FURTHER ORDERED that the depositions presently scheduled for
2  October 14, 2005 shall be conducted during the week of November 7-11, 2005.
3
4  IT IS FURTHER ORDERED that Defendants will make documents
5  responsive to Plaintiff's First Set of Request for Production of Documents available
6  to Plaintiff's counsel for inspection on October 27, 2005 at 10:00 a.m. at the office of
7
8  attorney Jacob Rivas located at 1260 Fulton Mall, Fresno, California 93721.
9  Plaintiff's counsel will arrange and pay for on-site copy service at the inspection.
10
11
12  Dated: October 19, 2005

HON. THERESA A. GOLDNER
United States Magistrate Judge

2