Michael G. Marderosian, No. 77296
Jacob J. Rivas, No. 208504
MARDEROSIAN, RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, California 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Attorneys for: Defendants CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPARTMENT; ERIC MATLOCK; GREG TERRY; STEPHEN KAUFFMAN, RYAN NEWMAN; SHERMAN ROOKS; ERIC SCHIMON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA ROSALES, individually and as administratrix of the goods, chattels and credits that were of Gabriel Angel Garcia, deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF BAKERSFIELD; BAKERSFIELD POLICE DEPARTMENT, CHIEF OF POLICE ERIC MATLOCK; GREG TERRY; STEPHEN KAUFFMAN; RYAN NEWMAN; SHERMAN ROOKS; ERIC SCHIMON; DOES 1 THROUGH 100 INCLUSIVE; in their individual and official capacities jointly and severally,<br><br>    Defendants. | Case No. 1:05-cv-237 REC TAG<br><br>STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND DISCOVERY CUT-OFF DATES; ORDER THEREON |

IT IS HEREBY STIPULATED AND AGREED The parties, by and through their respective attorneys of record, hereby stipulate and agree to amend the Scheduling Conference Order in the above-referenced matter as follows:

    1    That the expert disclosure deadline, currently set for January 30, 2006, be continued to March 27, 2006;

    2.    That the supplemental expert disclosure deadline currently set for February 14, 2006, be continued to April 10, 2006;

3.   That the non-expert discovery deadline currently set for January 30, 2006, be continued to March 27, 2006.

4.   That expert discovery deadline set for March 28, 2006, be continued to April 25, 2006;

5.   That the date for all non-dispositive motions to be filed with the court, set for March 31, 2006, and heard no later than April 24, 2006, be continued to April 25, 2006 and May 23, 2006;

6.   That the date for all dispositive motions to be filed with the court, set for May 24, 2006, and heard no later than June 26, 2006, be continued to June 9, 2006 and July 14, 2006;

7.   That the settlement conference date set for December 8, 2005 at 10:00 a.m., be continued to February 23, 2006 at 10:00 a.m. before U.S. Magistrate Judge Theresa A. Goldner in Bakersfield, California.

The trial date of September 19, 2006 remains unchanged.

No other dates are changed by this Stipulation or Order.

DATED: December 6, 2005

By: /s/ Kenly Kiya, Kato, Esq.
KENLY KIYA KATO,
Attorney for Plaintiff

DATED: December 6, 2005       MARDEROSIAN, RUNYON, CERCONE, LEHMAN & ARMO

By: /s/ Jacob J. Rivas, Esq.
JACOB J. RIVAS
Attorney for Defendants

**ORDER**

The stipulation of the parties having been read and considered by the Court, and good cause appearing therefor:

IT IS HEREBY ORDERED that:

1   That the expert disclosure deadline, currently set for January 30, 2006, be continued to March 27, 2006;

1    2.     That the supplemental expert disclosure deadline currently set for February 14, 2006,
2    be continued to April 10, 2006;
3    3.     That the non-expert discovery deadline currently set for January 30, 2006, be continued
4    to March 27, 2006.
5    4.     That expert discovery deadline set for March 28, 2006, be continued to April 25, 2006;
6    5.     That the date for all non-dispositive motions to be filed with the court, set for March
7    31, 2006, and heard no later than April 24, 2006, be continued to April 25, 2006 and May 22, 2006, respectively;
8    6.     That the date for all dispositive motions to be filed with the court, set for May 24, 2006,
9    and heard no later than June 26, 2006, be continued to June 9, 2006 and July 17, 2006, respectively; and
10   7.     That the settlement conference date set for December 8, 2005 at 10:00 a.m., be
11   continued to February 23, 2006 at 10:00 a.m. before U.S. Magistrate Judge Theresa A. Goldner in
12   Bakersfield, California.
13   The trial date of September 19, 2006 remains unchanged.
14   No other dates are changed by this Stipulation or Order.

16   IT IS SO ORDERED.
17   Dated: December 7, 2005

Honorable Theresa A. Goldner
United States Magistrate Judge