Michael G. Marderosian, No. 77296
Jacob J. Rivas, No. 208504
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, California 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Attorneys for: Defendants CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPARTMENT; ERIC MATLOCK; GREG TERRY; STEPHEN KAUFFMAN, RYAN NEWMAN; SHERMAN ROOKS; ERIC SCHIMON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA ROSALES, individually and as administratrix of the goods, chattels and credits that were of Gabriel Angel Garcia, deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF BAKERSFIELD; BAKERSFIELD POLICE DEPARTMENT, CHIEF OF POLICE ERIC MATLOCK; GREG TERRY; STEPHEN KAUFFMAN; RYAN NEWMAN; SHERMAN ROOKS; ERIC SCHIMON; DOES 1 THROUGH 100 INCLUSIVE; in their individual and official capacities jointly and severally,<br><br>    Defendants. | Case No. 1:05-cv-00237 REC TAG<br><br>**NOTICE OF WITHDRAWAL OF APPLICATION FOR INSTITUTION OF CONTEMPT PROCEEDINGS AND ENFORCEMENT OF DEPOSITION SUBPOENA PURSUANT TO FRCP 45(e) and ORDER THEREON**<br><br>(Doc. 31)<br><br>DATE: February 27, 2006<br>TIME: 9:30 a.m.<br>CTRM: Bankruptcy Court<br>       1300 18 Street<br>       Bakersfield, California |

TO: PLAINTIFFS, RESPONDENTS, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Defendants hereby withdraw their Application for Institution of Contempt Proceedings and Enforcement of Deposition Subpoena (Doc. 31) Pursuant to FRCP 45(e) set for hearing on February 27, 2006, at 9:30 a.m. in the Bankruptcy Court, located at 1300 18th Street, Bakersfield, California and ask that the court remove from its calendar.

Dated: February 1, 2006

            MARDEROSIAN, RUNYON, CERCONE
            LEHMAN & ARMO

            /s/ Jacob J. Rivas, Esq.

By:_____
  JACOB J. RIVAS,
  Attorney for defendants above-named.

IT IS SO ORDERED.

Dated: February 23, 2006

_____
Theresa A. Goldner
United States Magistrate Judge