Kenly Kiya Kato, Esq. (189845)
468 N. Camden Drive, Suite 200
Beverly Hills, CA 90210
Telephone: (310) 860-5665
Facsimile: (310) 860-5600
Email: kkato@katolaw.net

George L. Steele (189399)
Law Offices of George L. Steele
600 Playhouse Alley, Suite 402
Pasadena, CA 91101
Telephone: (626) 405-4860
Facsimile: (626) 388-9759
Email: gsteele@glslaw.net

Attorney for Plaintiff
VICTORIA ROSALES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA ROSALES, individually and as administratrix of the goods, chattels and credits that were of Gabriel Angel Garcia, deceased,<br><br>              Plaintiff,<br><br>     vs.<br><br>CITY OF BAKERSFIELD; BAKERSFIELD POLICE DEPARTMENT, CHIEF OF POLICE ERIC MATLOCK; GREG TERRY; STEPHEN KAUFFMAN; RYAN NEWMAN; SHERMAN ROOKS; ERIC SCHIMON in their individual and official capacities jointly and severally,<br><br>              Defendants. | Case No. CV 05-237-REC-TAG<br><br>**STIPULATION AND ORDER CONTINUING EXPERT DISCOVERY DEADLINE** |

   Plaintiff, Victoria Rosales, by and through her attorneys of record, Kenly Kiya Kato and George L. Steele, and Defendants City of Bakersfield, Bakersfield Police Department, Chief of Police Eric Matlock, Greg Terry, Stephen Kauffman, Ryan Newman, Sherman Rooks, and Eric Schimon, by and through their attorney of record, Jacob J. Rivas, hereby agree and stipulate as follows:

   That the expert discovery deadline set for April 25, 2006, be continued to May 12, 2006.

   The trial date of September 19, 2006, remains unchanged.

1     No other dates are changed by this Stipulation or Order.

2

3     Dated: April <u>25</u>, 2006            Law Offices of Kenly Kiya Kato
                                                     Law Offices of George L. Steele

4

5                                       By: <u>/s/ GEORGE L. STEELE</u>

6                                                Kenly Kiya Kato
                                               George L. Steele

7                                                Attorneys for Plaintiff
                                               Victoria Rosales

8

9

10    Dated: April <u>26</u>, 2006            Marderosian, Runyon, Cercone,

11                                          Lehman & Armo

12

13

14

15                                       By: <u>/s/ JACOB J. RIVAS</u>

16                                           Jacob J. Rivas

17                                           Attorneys for Defendants
                                          above-named

18

19 IT IS SO ORDERED.

20 Dated:  <u>**May 3, 2006**</u>            <u>/s/ **Theresa A. Goldner**</u>
    **j6eb3d**                             UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

                                              2