Kenly Kiya Kato, Esq. (189845)
468 N. Camden Drive, Suite 200
Beverly Hills, CA 90210
Telephone: (310) 860-5665
Facsimile: (310) 285-3811
Email: kkato@katolaw.net

George L. Steele (189399)
Law Offices of George L. Steele
600 Playhouse Alley, Suite 402
Pasadena, CA 91101
Telephone: (626) 405-4860
Facsimile: (626) 388-9759
Email: gsteele@glslaw.net

Attorneys for Plaintiff
VICTORIA ROSALES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA ROSALES, individually and as administratrix of the goods, chattels and credits that were of Gabriel Angel Garcia, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BAKERSFIELD; BAKERSFIELD POLICE DEPARTMENT, CHIEF OF POLICE ERIC MATLOCK; GREG TERRY; STEPHEN KAUFFMAN; RYAN NEWMAN; SHERMAN ROOKS; ERIC SCHIMON in their individual and official capacities jointly and severally,<br><br>Defendants. | Case No. CV 05-237-OWW-TAG<br><br>Judge Oliver W. Wanger<br><br>**ORDER GRANTING PLAINTIFF VICTORIA ROSALES' EX PARTE APPLICATION TO PERMIT THE FILING OF EXHIBITS 2.2 AND 2.3 TO PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION PURSUANT TO FRCP 56(d)**<br><br>Date:  August 14, 2006<br>Time:  10:00 a.m.<br>Courtroom: 3<br><br>Trial: [9/19/06 VACATED] |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the Ex Parte Application to Permit the Filing of Exhibits 2.2 and 2.3 to Plaintiff's

/ / /

/ / /

/ / /

1

1  Motion for Summary Adjudication is GRANTED.  IT IS HEREBY ORDERED that
2  Exhibits 2.2 and 2.3 to Plaintiff's Motion for Summary Adjudication are to be filed.
3
4  Dated: ____July 28, 2006_____/s/ OLIVER W. WANGER
   _____
5                                  HONORABLE OLIVER W. WANGER
                                   UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com