Kenly Kiya Kato, Esq. (189845)
468 N. Camden Drive, Suite 200
Beverly Hills, CA  90210
Telephone: (310) 860-5665
Facsimile: (310) 285-3811
Email: kkato@katolaw.net

George L. Steele (189399)
Law Offices of George L. Steele
600 Playhouse Alley, Suite 402
Pasadena, CA  91101
Telephone:  (626) 405-4860
Facsimile:  (626) 388-9759
Email:  gsteele@glslaw.net

Attorneys for Plaintiff
VICTORIA ROSALES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA ROSALES, individually and as administratrix of the goods, chattels and credits that were of Gabriel Angel Garcia, deceased,<br><br>   Plaintiff,<br><br>vs.<br><br>CITY OF BAKERSFIELD; BAKERSFIELD POLICE DEPARTMENT, CHIEF OF POLICE ERIC MATLOCK; GREG TERRY; STEPHEN KAUFFMAN; RYAN NEWMAN; SHERMAN ROOKS; ERIC SCHIMON in their individual and official capacities jointly and severally,<br><br>   Defendants. | Case No. CV 05-237-OWW-TAG<br><br>Judge Oliver W. Wanger<br><br>**STIPULATION AND ORDER CONTINUING JULY 5, 2007 SCHEDULING CONFERENCE** |

Plaintiff, Victoria Rosales, by and through her counsel, Kenly Kiya Kato and George L. Steele, and defendants, City of Bakersfield, Bakersfield Police Department, Eric Matlock, Greg Terry, Stephen Kauffman, Ryan Newman, Sherman Rooks and Eric Schimon, by and through their counsel, Michael G. Marderosian, hereby stipulate as follows:

1

1.     On June 25, 2007, this Court issued its order denying in part and granting in part defendant's motion for summary judgment and denying plaintiff's motion for summary adjudication.  The court also set a scheduling conference for July 5, 2007 at 8:45 a.m.

2.     Due to the unavailability of Plaintiff's counsel on July 5, 2007, the parties hereby agree that the Scheduling Conference, currently set for July 5, 2007, at 8:45 a.m., shall be continued August 2, 2007 at 8:45 a.m.

**SO STIPULATED AND AGREED.**

Dated:  June 29, 2007          LAW OFFICES OF KENLY KIYA KATO
                                        LAW OFFICES OF GEORGE L. STEELE

                                        By:  s/Kenly Kiya Kato
                                              Kenly Kiya Kato
                                              Attorneys for Plaintiff
                                              VICTORIA ROSALES

Dated:  June 29, 2007          MARDEROSIAN, RUNYON, CERCONE,
                                          LEHMAN, & ARMO

                                        By:  s/Michael G. Marderosian
                                            Michael G. Marderosian
                                            Attorneys for Defendants
                                            CITY OF BAKERSFIELD,
                                            BAKERSFIELD POLICE
                                            DEPARTMENT, ERIC MATLOCK,
                                            GREG TERRY, STEPHEN
                                            KAUFFMAN, RYAN NEWMAN,
                                            SHERMAN ROOKS and ERIC
                                            SCHIMON

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | **ORDER** |
| 2 | |
| 3 | **GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** |
| 4 | that the Scheduling Conference, currently set for July 5, 2007, at 8:45 a.m., shall be |
| 5 | continued to August 2, 2007, at 8:45 a.m. |

Dated: _7/2/2007                    /s/ Oliver W. Wanger_____
       _____ HONORABLE OLIVER W. WANGER
                                    UNITED STATES DISTRICT JUDGE

3

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within action; my business address is: 600 Playhouse Alley, Suite 402, Pasadena, California 91101.

On June 29, 2007, the following document described as **STIPULATION AND [PROPOSED] ORDER CONTINUING JULY 5, 2007 SCHEDULING CONFERENCE** was served on the interested parties to be noticed in said action by email following electronic filing on the Court's CM/ECF system:

| | |
|---|---|
| Michael G. Marderosian/Jacob J. Rivas<br>Law Offices of Marderosian, Runyon<br>  Cercone, Lehman & Armo<br>1260 Fulton Mall<br>Fresno, CA 93721<br>*jrivas@mrcl-law.com*<br>*kholly@mrcl-law.com* | Virginia Gennaro, Esq.<br>City Attorney<br>City of Bakersfield<br>1501 Truxtun Avenue<br>Bakersfield, CA 93301<br>*vgennaro@ci.bakersfield.ca.us* |

**[ X ]** FEDERAL   I declare under penalty of perjury that the foregoing is true and correct.

                                                            s/Christina Apostol Hicklin
                                                            Christina Apostol Hicklin

4

PDF created with pdfFactory trial version www.pdffactory.com