Kenly Kiya Kato, Esq. (189845)
1901 Avenue of the Stars, Suite 200
Los Angeles, CA  90067
Telephone: (310) 490-3962
Facsimile: (310) 285-3811
Email:  kkato@katolaw.net

George L. Steele (189399)
Law Offices of George L. Steele
600 Playhouse Alley, Suite 402
Pasadena, CA  91101
Telephone:  (626) 405-4860
Facsimile:  (626) 388-9759
Email:  gsteele@glslaw.net

Attorneys for Plaintiff
VICTORIA ROSALES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA ROSALES, individually and as administratrix of the goods, chattels and credits that were of Gabriel Angel Garcia, deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF BAKERSFIELD; BAKERSFIELD POLICE DEPARTMENT, CHIEF OF POLICE ERIC MATLOCK; GREG TERRY; STEPHEN KAUFFMAN; RYAN NEWMAN; SHERMAN ROOKS; ERIC SCHIMON in their individual and official capacities jointly and severally,<br><br>    Defendants. | Case No. CV 05-237-OWW-TAG<br><br>Judge Oliver W. Wanger<br><br>**STIPULATION AND ORDER CONTINUING DECEMBER 3, 2007 PRE-TRIAL CONFERENCE AND JANUARY 15, 2008 JURY TRIAL** |

Plaintiff, Victoria Rosales, by and through her counsel, Kenly Kiya Kato and George L. Steele, and defendants, City of Bakersfield, Bakersfield Police Department, Eric Matlock, Greg Terry, Stephen Kauffman, Ryan Newman, Sherman Rooks and Eric Schimon, by and through their counsel, Michael G. Marderosian, hereby stipulate as follows:

1

PDF created with pdfFactory trial version www.pdffactory.com

1  The parties have agreed to private Mediation on December 7, 2007.  As such,
2  the parties hereby agree that the Pre-Trial Conference, currently set for December 3,
3  2007, at 11:00 a.m., shall be continued to January 21, 2008, at 11:00 a.m.; and the
4  Jury Trial, currently set for January 15, 2008, shall be continued to February 26,
5  2008, at 9:00 a.m.

7  **SO STIPULATED AND AGREED.**

9  Dated:  November 20, 2007           LAW OFFICES OF KENLY KIYA KATO
                                       LAW OFFICES OF GEORGE L. STEELE

11                                     By:  s/Kenly Kiya Kato
                                            Kenly Kiya Kato
12                                          Attorneys for Plaintiff
                                            VICTORIA ROSALES

14 Dated:  November __, 2007           MARDEROSIAN, RUNYON, CERCONE,
                                       LEHMAN, & ARMO

16                                     By: _____
                                            _____
17                                          Attorneys for Defendants
                                            CITY OF BAKERSFIELD,
18                                          BAKERSFIELD POLICE
                                            DEPARTMENT, ERIC MATLOCK,
19                                          GREG TERRY, STEPHEN
                                            KAUFFMAN, RYAN NEWMAN,
20                                          SHERMAN ROOKS and ERIC
                                            SCHIMON

2

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that the Pre-Trial Conference, currently set for December 3, 2007, at 11:00 a.m., shall be continued to January 21, 2008, at 11:00 a.m.; and the Jury Trial, currently set for January 15, 2008, shall be continued to February 26, 2008, at 9:00 a.m.  **No further continuances will be granted.**

Dated:  November 21, 2007     /s/ OLIVER W.WANGER_____
                             _____
                             HONORABLE OLIVER W. WANGER
                             UNITED STATES DISTRICT JUDGE

3

PDF created with pdfFactory trial version www.pdffactory.com