1 | Michael G. Marderosian, No. 77296
2 | Michael E. Lehman, No. 133523
  | MARDEROSIAN, RUNYON, CERCONE,
3 |   LEHMAN & ARMO
  | 1260 Fulton Mall
4 | Fresno, California 93721
  | Telephone: (559) 441-7991
5 | Facsimile: (559) 441-8170

Attorneys for: Defendants CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPARTMENT; ERIC MATLOCK; GREG TERRY; STEPHEN KAUFFMAN, RYAN NEWMAN; SHERMAN ROOKS; ERIC SCHIMON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA ROSALES, individually and as administratrix of the goods, chattels and credits that were of Gabriel Angel Garcia, deceased,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF BAKERSFIELD; BAKERSFIELD POLICE DEPARTMENT, CHIEF OF POLICE ERIC MATLOCK; GREG TERRY; STEPHEN KAUFFMAN; RYAN NEWMAN; SHERMAN ROOKS; ERIC SCHIMON; DOES 1 THROUGH 100 INCLUSIVE; in their individual and official capacities jointly and severally,<br><br>    Defendants. | Case No. 1:05-CV-00237-OWW-TAG<br><br>**STIPULATED DISMISSAL AND ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiff VICTORIA ROSALES, individually and as administratrix of the goods, chattels, and credits that were of Gabriel Angel Garcia, deceased, through their respective counsel, that defendants CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPARTMENT, CHIEF OF POLICE ERIC MATLOCK, GREG TERRY,

///

///

///

1  STEPHEN KAUFFMAN, RYAN NEWMAN, SHERMAN ROOKS, AND ERIC SCHIMON, be
2  dismissed with prejudice in this matter.

3
4  Dated: January 22, 2008                    MARDEROSIAN, RUNYON, CERCONE
                                              LEHMAN & ARMO
5
6
7                                             By:   /s/ Michael G. Marderosian
                                                 MICHAEL G. MARDEROSIAN,
                                                 Attorney for defendants above-named.
8
9  Dated: January 22, 2008                    LAW OFFICES OF KENLY KIYA KATO
10
11
12                                            By:   /s/ Kenly Kiya Kato
                                                 KENLY KIYA KATO,
                                                 Attorney for Plaintiff, VICTORIA
13                                               ROSALES, individually and as
                                                 administratrix of the goods, chattels, and
14                                               credits that were of Gabriel Angel Garcia,
                                                 Deceased.
15
16 Dated: January 22, 2008                    LAW OFFICES OF GEORGE L. STEELE
17
18
19                                            By:   /s/ George L. Steele
                                                 GEORGE L. STEELE,
                                                 Co-Counsel for Plaintiff, VICTORIA
20                                               ROSALES, individually and as
                                                 administratrix of the goods, chattels, and
21                                               credits that were of Gabriel Angel Garcia,
                                                 Deceased.
22
23                                  **ORDER**

   The stipulation of the parties having been read and considered by the Court, and good cause
24
   appearing therefor:
25
   **IT IS HEREBY ORDERED** that the above entitled action be dismissed with prejudice..
26
27
   IT IS SO ORDERED.
28
   **Dated:   January 22, 2008**              /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE

                                              2